

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorney for Talha Ahmed

United States District Court
Eastern District of Washington
Honorable Mary K. Dimke

| | |
|---|---|
| United States, | No. 4:24-CR-6016-MKD |
| Plaintiff, | Notice of Substitution |
| v. | |
| Talha Ahmed, | |
| Defendant. | |

Please take notice that Nick Mirr of the Federal Defenders of Eastern Washington and Idaho hereby enters his substitution as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: January 10, 2025.

                  Federal Defenders of Eastern Washington & Idaho
                  Attorneys for Talha Ahmed

                  <u>s/ Nick Mirr</u>
                  Nick Mirr, AT0014467
                  Iowa State Bar Ass'n
                  306 E. Chestnut Ave.
                  Yakima, Washington 98901
                  t: (509) 248-8920
                  nick_mirr@fd.org

## Service Certificate

I certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Laurel J. Holland.

                  <u>s/ Nick Mirr</u>
                  Nick Mirr, AT0014467
                  Iowa State Bar Ass'n
                  306 E. Chestnut Ave.
                  Yakima, Washington 98901
                  t: (509) 248-8920
                  nick_mirr@fd.org