UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
U.S. DISTRICT JUDGE MARY K. DIMKE

**PROPOSED CASE MANAGEMENT DEADLINES:**

|  | **RECOMMENDED DATES** |
|---|---|
| Expert Deadline, if applicable | **June 20, 2025** |
| **All pretrial motions, including discovery motions, *Daubert* motions, motions *in limine*, filed:**<br>Responses:  **July 3, 2025**<br>Replies:      **July 10, 2025** | **June 26, 2025** |
| **PRETRIAL CONFERENCE**<br>***Deadline for motions to continue trial*** | **July 17, 2025** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **July 21, 2025** |
| Grand jury transcripts produced to Defendant<br>Case Agent:<br>CIs:<br>Other Witnesses: | **July 21, 2025** |
| Exhibit lists filed and emailed to the Court | **July 21, 2025** |
| Witness lists filed and emailed to the Court | **July 21, 2025** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **July 21, 2025** |
| Exhibit binders delivered to all parties and to the Court | **July 28, 2025** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **July 28, 2025** |
| Trial notices filed with the Court | **July 28, 2025** |
| Technology readiness meeting (in-person) | **July 28, 2025** |
| **JURY TRIAL** | **August 4, 2025** |